# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEANINE D. GIBSON-REID,**  *Plaintiff,*  v.  **LENDMARK FINANCIAL SERVICES, LLC,**  *Defendant.* | Case No. 2:19-cv-02859-JDW |

## ORDER

**AND NOW**, this 30th day of August, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant Lendmark Financial Services, LLC's Motion to Compel Arbitration is **GRANTED**.

All claims in this action are stayed, and the Clerk of Court is directed to place this action in civil suspense until further Order of this Court.

The Parties are directed to notify the Court, by letter to Chambers, within seven (7) days of the completion of any arbitration proceeding.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J